UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JEAN CHARLES QUARRATO, et al.,                               :
                              Plaintiffs,                    :    23 Civ. 5594 (LGS)
                                                             :
             -against-                                       :    ORDER
                                                             :
MADISON GLOBAL LLC, et al.,                                  :
                              Defendants.                    :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order issued July 6, 2023, set an initial pretrial conference in this case for August 23, 2023, and directed the parties to submit a joint letter and proposed case management plan by August 16, 2023. Defendants have not yet appeared in this case.

    WHEREAS, the parties have not filed the joint letter and proposed case management plan. It is hereby

    **ORDERED** that the initial pretrial conference is **ADJOURNED** to **August 30, 2023**, at **4:10 p.m.** The conference will be telephonic and will take place on the following line: 888-363-4749, access code 558-3333. It is further

    **ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible, and no later than **August 18, 2023**. If Plaintiff is not in communication with Defendants, Plaintiff shall serve this Order on Defendants via FedEx at their places of business, and file proof of service on ECF, by **August 18, 2023**. Plaintiff shall also file a status letter by **August 18, 2023**, requesting further adjournment of the initial conference for up to thirty (30) days and describing its efforts to provide actual notice of this lawsuit to Defendant.

Dated: August 17, 2023
       New York, New York

                                            LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE