# McLaughlin & Stern, LLP
**Founded 1898**

| | | |
|---|---|---|
| **Brett R. Gallaway**<br>Partner<br>bgallaway@mclaughlinstern.com<br>(212) 448-1100 | 260 Madison Avenue<br>New York, New York 10016<br>(212) 448–1100<br>Fax (212) 448–0066<br>www.mclaughlinstern.com | Clark, New Jersey<br>Garden City, New York<br>Millbrook, New York<br>Naples, Florida<br>West Palm Beach, Florida<br>Westport, Connecticut |

October 5, 2023

**Via ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    RE: Jean Charles Quarrato, et al. v. Madison Global LLC d/b/a Nello, et al.
       Case No.: 1:23-cv-05594-LGS

Dear Judge Schofield:

  We represent the Defendants, Madison Global LLC d/b/a Nello (hereafter, "Corporate Defendant"), Thomas Makkos, and Marcia Maksymowcz, in the above-captioned matter.

  We write to advise the Court that on September 28, 2023, the Corporate Defendant filed petitions for relief under Chapter 7 of the Bankruptcy Code, 11 U.S.C. § 101 *et seq.*, in the United States Bankruptcy Court for the Southern District of New York (Manhattan), and that this action is accordingly stayed pursuant to 11 U.S.C. § 362. Attached hereto is a Notice of Pending Bankruptcy.

Respectfully submitted,

Brett R. Gallaway, Esq.

**Plaintiffs shall file a response regarding whether a stay is appropriate as to the individual Defendants by October 12, 2023.**

Dated: October 6, 2023
   New York, New York

**Lorna G. Schofield**
**United States District Judge**

{N0648550.1}