UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
     :
JEAN CHARLES QUARRATO, et al.,     :
          Plaintiffs,     :
    -against-     :    23 Civ. 5594 (LGS)
     :
MADISON GLOBAL LLC, et al.,     :    ORDER
          Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a November 2, 2023, Order denied Defendants' motion to stay this action in its entirety and clarified that this action is stayed as to Defendant Madison Global LLC alone.

WHEREAS, the Civil Case Management Plan and Scheduling Order, dated September 7, 2023, required the parties to file a joint status letter by November 8, 2023.

WHEREAS, the parties have not filed the required status letter.

**ORDERED** that, as soon as possible and no later than **November 15, 2023**, the parties shall file the required letter in accordance with Individual Rule III.D.3.

Dated: November 9, 2023
       New York, New York

                                          LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE