UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JEAN CHARLES QUARRATO, et al.,                               :
                                        Plaintiffs,          :
                        -against-                            :            23 Civ. 5594 (LGS)
                                                             :
MADISON GLOBAL LLC, et al.,                                  :            ORDER
                                        Defendants.  :
-------------------------------------------------------------X
LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on February 21, 2024, the Court was informed that the parties have reached a

settlement agreement in principle.  It is hereby

        ORDERED that, by **March 13, 2024**, the parties shall submit: (*i*) the settlement

agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings

this Court must make in order to approve the settlement as fair and reasonable.  *See Cheeks v.*

*Freeport Pancake House, Inc*., 796 F.3d 199, 206 (2d Cir. 2015*)*, *cert. denied*, 136 S. Ct. 824

(2016); *Wolinsky v. Scholastic Inc*., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining

factors district courts have used to determine whether a proposed settlement is fair and

reasonable).  It is further

        ORDERED that any pending motions are **DENIED** as moot, and all conferences and

deadlines are **CANCELLED**.

Dated:  February 22, 2024
        New York, New York

                                            _____
                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**