**BROWN KWON & LAM LLP**

Brown Kwon & Lam LLP
Attorneys at Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5828
Fax: (718) 795-1642
Email: info@bkllawyers.com

Writer's Direct: William Brown, Esq.
wbrown@bkllawyers.com

March 11, 2024

**Via ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

          RE:    *Quarrato, et al. v. Madison Global LLC., et al.*
                Case No. 23-cv-5594(LGS)

Dear Judge Schofield:

      This firm represents Plaintiffs in the above referenced matter. We write jointly with counsel for Individual Defendants Thomas Makkos and Marcia Maksymowcz, to respectfully request a one-week extension of time to file a motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.* After some fairly extensive negotiations, counsel for the parties were able to finalize the agreement earlier today. However, some additional time is needed for the parties to review the agreement before execution. We therefore request that the time to submit the executed agreement for approval be extended one week from March 13, 2024 to March 20, 2024.

      The parties thank Your Honor for your time and attention.

                                Respectfully submitted,

                                */s/ William Brown*
                                William Brown, Esq.

cc:    all parties via ECF

Application **GRANTED.** The parties shall submit their motion for settlement approval by **March 20, 2024.**

Dated: March 12, 2024
       New York, New York

                                LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE