**BROWN KWON & LAM LLP**

Brown Kwon & Lam LLP
Attorneys at Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5828
Fax: (718) 795-1642
Email: info@bkllawyers.com

Writer's Direct: William Brown, Esq.
wbrown@bkllawyers.com

**Application GRANTED.** The parties shall submit their motion for settlement approval by **April 17, 2024.**

Dated: April 8, 2024
New York, New York

**Via ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

RE:   *Quarrato, et al. v. Madison Global LLC., et al.*
Case No. 23-cv-5594(LGS)

Dear Judge Schofield:

    This firm represents Plaintiffs in the above referenced matter. We write jointly with counsel for Individual Defendants Thomas Makkos and Marcia Maksymowcz, to respectfully request that the deadline to file a motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.* be extended until April 17, 2024. The settlement agreement has now been fully executed. However, additional time is needed to determine the parties' obligations, if any, with respect to Defendant Madison Global LLC's bankruptcy proceeding.

    The parties thank Your Honor for your time and attention.

Respectfully submitted,

*/s/ William Brown*
William Brown, Esq.

cc:   all parties via ECF